

# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY P. HEIMANN, JR. | No. 1: 24-cr- 00116-SDN |

## PRAECIPE FOR WARRANT

The United States requests that the Clerk of the Court issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled case.

Date: October 9, 2024

/s/ Alisa Ross
Assistant U.S. Attorney