UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY P. HEIMANN, JR. | No.   1:24-cr-00116-SDN |

## MOTION FOR DETENTION

The United States hereby moves for pretrial detention of the Defendant, Gregory P. Heimann, Jr., pursuant to 18 U.S.C. § 3142, and in support states as follows:

1. **Eligibility of Case.** This case is eligible for a detention order because the case involves:

   \_\_\_\_\_  Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

   \_\_\_\_\_  Crime of violence

   \_\_\_\_\_  Maximum sentence life imprisonment or death

   \_\_\_\_\_  10+ year drug offense

   \_\_\_\_\_  Felony, with two prior convictions in above categories

   \_\_\_\_\_  Felony involving a minor victim, a firearm, destructive device or dangerous weapon or failure to register as a sex offender

   \_ X \_  Serious risk defendant will flee

   \_\_\_\_\_  Serious risk obstruction of justice

2. **Reasons for Detention:**

   i. Temporary Detention.

   _____

1

_____

_____

    ii. Other than Temporary Detention. The court should detain the defendant because there are no other conditions of release which will reasonably assure:

      __X__ Defendant's appearance as required

      ____ Safety of any other person and the community

3. **Rebuttable Presumption.** The United States will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e). The presumption applies here because:

____ Probable cause to believe the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §§ 801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. §§ 951 et seq.), or chapter 705 of title 46.

____ Previous conviction for "eligible" offense committed while on pretrial bond.

4. **Date of Detention Hearing.** The United States requests that the detention hearing be held after a continuance of three days.

5. **Length of Detention Hearing.** The United States will require no more than a half hour to present its case for detention.

Date:  October 2, 2025    Respectfully submitted,

CRAIG M. WOLFF
Acting United States Attorney


BY: */s/ Alisa Ross*
Alisa Ross
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Room 111
Bangor, ME  04401
(207) 945-0373
Alisa.Ross@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that on October 2, 2025, I filed the Government's Motion for Detention with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

  James Nixon, Esq.
  Counsel for the Defendant


                CRAIG M. WOLFF
                Acting United States Attorney


                BY: */s/ Alisa Ross*
                Alisa Ross
                Assistant United States Attorney
                United States Attorney's Office
                202 Harlow Street, Room 111
                Bangor, ME  04401
                (207) 945-0373
                Alisa.Ross@usdoj.gov