UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

**DECEMBER, 2025 CRIMINAL TRIAL LIST FOR BANGOR**

This list contains criminal cases that will be scheduled for trial in Bangor during the month of December, 2025.

**Jury Selection is scheduled for December 3rd and 4th at 9:00 a.m.**[1]

Prior to jury selection, Counsel should be prepared to submit to the Court, orally or *in camera*, a list of witnesses who may be called to testify at trial, so that the Court may inquire of the potential jury members whether they are acquainted with any of the witnesses.

**Filings:**

Any requested voir dire interrogatories; requested jury instructions, the need for which can reasonably be anticipated at that time; and trial briefs, not to exceed twenty (20) pages, shall be filed by November 26, 2025.

**Juror Questionnaires:**

Jurors summoned for selection are required to complete a questionnaire containing questions that will not be asked during jury impanelment. These questionnaires will be available in CM/ECF seven (7) days prior to selection and counsel are to review those questionnaires prior to selection. Only those questionnaires that are not available in CM/ECF will be available for review on the day of jury selection. Counsel of record will be provided access to these documents through the date of jury selection, after which the questionnaires will not be available for review.

**Notifying the Court:**

Counsel shall advise the Clerk not later than November 10, 2025 whether their case is firm for trial or is to be otherwise resolved. Any change of plea will be taken prior to jury selection.

Federal Rule of Criminal Procedure 50 requires that scheduling preference must be given to criminal proceedings as far as practicable. The District of Maine Speedy Trial Plan requires that the trial of those defendants in custody solely because they are awaiting trial or those defendants designated as high risk shall be given preference over other criminal cases. 18 U.S.C. § 3164(a).

**Motions for a Date Certain for Trial or for Protection from Trial:**

Any motion for a date certain for trial or for protection from trial shall be filed not later than November 10, 2025. After the deadline for filing such motions has expired, the Court will take the motions under advisement, as a whole, for determination of trial dates.

---

[1] The Court will ordinarily plan to select 3 juries per day, with the second day held in reserve. Counsel should be prepared to select a jury on the first day, regardless of position on the trial list. The Court will notify counsel as soon as practicable if the second day is not needed.

Trials to Commence in December, 2025

| | | |
|---|---|---|
| USA<br>Criminal No. 1:24-cr-00058-SDN<br><br>Raphaelle A. Silver, AUSA<br>Nicholas S. Heimbach, AUSA | v. | BENJAMIN HUGHES<br>CHASE KANE<br><br>Jeffrey M. Silverstein, Esq.<br>Matthew D. Morgan, Esq.<br>Walter F. McKee, Esq. |
| USA<br>Criminal No. 1:24-cr-00060-SDN<br><br>Andrew K. Lizotte, AUSA | v. | JIAMIN LIAO<br><br>Francis Jackson, Esq.<br>Joel S. Cohen, Esq. |
| USA<br>Criminal No. 1:24-cr-00116-SDN<br><br>Alisa Ross, AUSA<br><br>*Defendant is in Federal Custody. | v. | GREGORY P. HEIMANN, JR.*<br><br>James S. Nixon, FD |
| USA<br>Criminal No. 1:24-cr-00130-SDN<br><br>Raphaelle A. Silver, AUSA | v. | DONALD DJ MCBREAIRTY<br><br>Ronald W. Bourget, Esq. |
| USA<br>Criminal No. 1:24-cr-00131-SDN<br><br>Raphaelle A. Silver, AUSA<br>Nicholas S. Heimbach, AUSA | v. | SHAWN MERRILL<br><br>Daniel D. Dube, Esq. |
| USA<br>Criminal No. 1:24-cr-00141-SDN<br><br>Raphaelle A. Silver, AUSA | v. | QU'TESSA T. JOHNSON<br><br>Donald F. Brown, Esq. |
| USA<br>Criminal No. 1:25-cr-00020-SDN<br><br>Andrew McCormack, AUSA<br><br>*Defendant is in Federal Custody. | v. | DAVID HARMON*<br><br>Kurt C. Peterson, Esq. |
| USA<br>Criminal No. 1:25-cr-00021-SDN<br><br>Chris Ruge, AUSA | v. | BRANDON WILSON<br><br>Eugene M. Sullivan, Jr., Esq.<br>Joseph M. Baldacci, Esq. |

| | | |
|---|---|---|
| USA<br>Criminal No. 1:25-cr-00022-SDN<br><br>Alisa Ross, AUSA<br>Andrew K. Lizotte, AUSA | v. | KEN YIU<br><br>Connor Mark Herrold, Esq. |
| USA<br>Criminal No. 1:25-cr-00039-JAW<br><br>Andrew McCormack, AUSA<br>Andrew K. Lizotte, AUSA<br>Nicholas S. Heimbach, AUSA<br><br>*Defendant is in Federal Custody. | v. | TODD WHITMAN*<br><br>Donald F. Brown, Esq. |
| USA<br>Criminal No. 1:25-cr-00119-SDN<br><br>Joel B. Casey, AUSA<br><br>*Defendant is in Federal Custody. | v. | ALTON WHITNEY*<br><br>Scott F. Hess, Esq. |
| USA<br>Criminal No. 1:25-cr-00150-SDN<br><br>Andrew McCormack, AUSA<br>Raphaelle A. Silver, AUSA<br><br>*Defendant is in Federal Custody. | v. | AGASHA CARVALHO*<br><br>Phil Noland, Esq. |
| USA<br>Criminal No. 1:25-cr-00151-JAW<br><br>Raphaelle A. Silver, AUSA | v. | KARISSA BEAM<br><br>Scott F. Hess, Esq. |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**
**ELECTRONIC EVIDENCE PRESENTATION**

The U.S. District Court for the District of Maine offers audio/visual equipment for use during hearings and trials.  While each courtroom accommodates a different configuration of audio/visual equipment, they each have an Evidence Presentation System (EPS).  Counsel must reserve the equipment well in advance of trial.

The EPS consists of a document camera (for displaying paper evidence to the court), a Blu-Ray/DVD player and digital displays which allows the judge, attorneys, witnesses, and jury to view the evidence simultaneously.

The EPS also allows attorneys to connect a laptop for presentation of evidence using PowerPoint or other presentation software.  Attorneys MUST provide their own technical assistance in preparing the laptop evidence presentation.  The Court will not troubleshoot compatibility problems for attorneys using the EPS. Our system uses an HDMI or VGA connection for displaying evidence. If your laptop doesn't have either of these connections, you will need to provide an adapter to connect to the EPS.

Attorneys who wish to use courtroom audio or visual equipment at a trial or hearing are required to understand and be prepared to operate the equipment.

Attorneys who plan to use their own electronic equipment (such as laptops) at a hearing or trial must schedule time well in advance to practice and to test their equipment's compatibility with a courtroom's system.

Practice time should be scheduled with the Information Technology (IT) staff listed below for a date not less than two weeks prior to a hearing or trial.

The Court may deny the use of audio/visual equipment during a hearing or trial to attorneys who have failed to attend a practice session to confirm their equipment's compatibility with the court's system.

For Reservations Contact:

U.S. District Court I.T. Department

AV@med.uscourts.gov